UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CHRISTY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PERRY RUSSELL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  2:22-cv-02036-GMN-VCF<br><br>ORDER |

　　　Plaintiff has filed an application to proceed *in forma pauperis* for inmates.  (ECF No. 4.)  However, in February, Plaintiff filed an updated address showing that he is not longer incarcerated.  (ECF No. 8.)  Accordingly, the Court denies the application to proceed *in forma pauperis* for prisoners as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402.

　　　For the foregoing reasons, **IT IS ORDERED** that:

　　　1.　　Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 4) is DENIED as moot.

　　　2.　　The Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

　　　3.　　Within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

　　　4.　　If Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

　　　DATED THIS ___23rd___ day of ~~April~~ May 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1